**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOSEPH FERNICOLA, Derivatively on Behalf of MONGODB, INC., | Case No:   26-mc-277 |
| Plaintiff, | |
| v. | |
| DEV ITTYCHERIA, MICHAEL LAWRENCE GORDON, ARCHANA AGRAWAL, ROELOF BOTHA, HOPE COCHRAN, FRANCISCO D'SOUZA, CHARLES M. HAZARD, JR., TOM KILLALEA, ANN LEWNES, JOHN MCMAHON, and DWIGHT MERRIMAN, | |
| Defendants, | |
| and, | |
| MONGODB, INC. | |
| Nominal Defendant. | |

**ORDER GRANTING PLAINTIFF'S**
**MOTION TO FILE COMPLAINT UNDER SEAL**

Plaintiff Joseph Fernicola ("Plaintiff"), having filed his Motion to File Complaint Under Seal (the "Motion") which seeks to permit Plaintiff to file an unredacted version of his Verified Shareholder Derivative Complaint (the "Complaint") under seal and to permit Plaintiff to publicly file a redacted version of the Complaint, and the Court having reviewed the motion and exhibits thereto and having found sufficient cause under Fed. R. Civ. P. 5.2(d) to order this case to be filed under seal, it is hereby

**ORDERED** Plaintiff's Motion to File Complaint Under Seal is GRANTED. Plaintiff's unredacted Complaint shall be sealed and the parties are directed to proceed in accordance with the instructions for filing under seal found in the court's ECF Rules & Instructions, Rule 6.14.

**FURTHER ORDERED** that after filing the unredacted Complaint under seal, Plaintiff shall file the redacted version of the Complaint, substantially in the form attached to the Motion as Exhibit A, on the public docket.

For substantially the reasons stated in ECF No. 1-1, the Court finds the proposed redactions narrowly tailored and that the presumption of public access is overcome. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006).

The Clerk of Court is directed to close ECF No. 1 and the miscellaneous action.

**SO ORDERED.**

Dated:   6/8/26

The parties are apprised that the Court retains discretion as to whether to afford confidential treatment in its opinions and orders to information the parties have redacted, sealed, or designated as confidential. The Court also retains discretion to allow disclosure of any subject covered by this stipulation or to modify this stipulation at any time in the interest of justice.

Dale E. Ho
U.S.D.J.
New York, NY

2